BROWN AND SEELYE PLLC
Ellen Ann Brown Esq.
Susan H. Seelye Esq.
744 South Fawcett Ave
Tacoma, WA 98402
Telephone   253-573-1958
Facsimile   253-274-1200

HONORABLE MARY JO HESTON
HEARING DATE: 10/22/2019
TIME: 1:00 pm

Chapter 13
Tacoma, WA

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT COURT OF WASHINGTON

| | |
|---|---|
| Re )<br>)<br>SHAWN MATTHEW PARKER )<br>SHARLENE ANN PARKER )<br>)<br>Debtor(s) )<br>)<br>)<br>_____ ) | In Chapter 13 Proceeding<br>No. 17-44122-MJH<br><br>RESPONSE TO RELIEF FROM<br>STAY FROM QRL FINANCIAL<br>DEBTOR |

## RESPONSE TO RELIEF FROM STAY

COMES NOW the above-referenced debtor(s) through their attorneys of record and state:

The Debtors are currently working with QRL Financial Services to cure any arrears in their mortgage and would ask that the court allow them to bring the loan current rather than granting relief from stay in this matter.

Dated October 15, 2019

/s/ Ellen Ann Brown
_____
ELLEN ANN BROWN WSB#27992
Attorneys for Debtor(s)