**Submitted But not Entered.**

_____
**Mary Jo Heston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

Response filed (ECF No. 39) and notice of intent to argue has been docketed. Matter will be heard on October 22, 2019 at 1:00 pm.

# UNITED STATES BANKRUPTCY COURT

# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>SHAWN MATTHEW PARKER and SHARLENE ANN PARKER AKA SHARLENE ANN GRIESE,<br><br>Debtors. | Case No. 17-44122-MJH<br><br>Chapter 13<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY** |

THIS MATTER having come before the Court on QRL Financial Services, a Division of First Federal Bank of Florida's ("Movant") Motion for Relief from Automatic Stay, proper notice having been given, the Court having examined the files and records, and having considered oral argument, if any, it is

**ORDERED** that:

1) The automatic stay of 11 U.S.C. § 362(a) is terminated as it applies to the enforcement by Movant of all of its rights in the real property commonly known as 428 Fairmount Ave, Shelton, Washington 98584 (the "Property"), which is legally described as:

**LOT 4, BLOCK 1, PLAT OF HILLCREST ADDITION TO SHELTON, RECORDED IN VOLUME 2 OF PLATS, PAGE(S) 39, RECORDS OF MASON COUNTY, WASHINGTON**

ORDER GRANTING RELIEF FROM AUTOMATIC STAY
Page 1

ALDRIDGE PITE, LLP
4375 Jutland Drive; P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (425) 644-6471

2) Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law;

3) The 14-day stay of Rule 4001i.(3) of the Federal Rules of Bankruptcy Procedure is waived;

4) Movant may offer and provide debtors with information regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case;

5) Post-petition attorneys' fees and costs for the within motion may be added to the outstanding balance of the subject promissory note as allowed under applicable non-bankruptcy law;

6) This order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

///End of Order///

Presented By:

**ALDRIDGE PITE, LLP**

/s/Jesse A.P. Baker
JESSE A.P. BAKER WSBA# 36077
Attorneys for QRL Financial Services, a
Division of First Federal Bank of Florida

ORDER GRANTING RELIEF FROM AUTOMATIC STAY
Page 2

**ALDRIDGE PITE, LLP**
4375 Jutland Drive; P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (425) 644-6471