HONORABLE MARY JO HESTON
HEARING DATE: 12/19/19
HEARING TIME: 1:00 PM
RESPONSE DATE: 12/12/19
CHAPTER 13
TACOMA WA

IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

In Re:

SHAWN MATTHEW PARKER

SHARLENE ANN PARKER

Debtors

NO. 17-44122-MJH

APPLICATION TO EMPLOY SPECIAL COUNSEL

**COMES NOW** the above-referenced Debtor(s) and files this application to employ the Law Firm of Bossier & Associates, PLLC as special counsel for a potential lawsuit against manufacturers and distributors of Transvaginal Mesh/Sling/OBTape. Applicants are the Debtor(s) in the above-referenced case. Applicant proposes to employ and desires to retain said counsel because of their experience in matters akin to her case.

To the best of Applicant's knowledge, the law firm of Bossier & Associates, PLLC is not disqualified for such employment on the basis that it appears that he does not represent or hold an interest adverse to Debtor, Debtor(s)' estate or the Trustee with respect to the matters with which he will be employed. Debtor(s) and Bossier & Associates, PLLC have entered into a Contingent Fee Agreement with Debtor whereby Debtor agrees to compensate them for legal services attached hereto.

WHEREFORE, Applicant prays that they be authorized to employ Bossier & Associates as special counsel to represent the estate in the administration of the above described claim on behalf of Debtor.

DATED this 26th Day of November, 2019

Presented by:

/s/ Ellen Ann Brown
Ellen Ann Brown  WSB27992
Attorney for Debtors