## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br>**SHAWN MATTHEW PARKER**<br>**SHARLENE ANN PARKER**<br><br>**Debtors** | No. 17-44122-MJH<br><br>**ORDER APPROVING EMPLOYMENT OF SPECIAL COUNSEL** |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Debtors are authorized to employ the law firm of Keller Bossier & Associates, PLLC as attorneys in the general administration of a claim including but not limited to any claims against any potential lawsuits against manufacturers and distributors of Transvaginal Mesh/Slings/OBTape in this bankruptcy proceeding pursuant to the rates provided in the Application and subject to further notice, hearing and order of the Court.

///end of order///

Presented by:

/s/ Ellen Ann Brown
Ellen Ann Brown WSB 27992
Attorney for Debtor

**BROWN and SEELYE PLLC**
744 South Fawcett Ave.
Tacoma, WA 98402
253-573-1958

**BROWN and SEELYE PLLC**
744 South Fawcett Ave.
Tacoma, WA 98402
253-573-1958