Entered on Docket December 3, 2019

**Below is the Order of the Court.**

_Mary Jo Heston_
**Mary Jo Heston
U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

_____

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

In Re:

SHAWN MATTHEW PARKER and

SHARLENE ANN PARKER.

Debtors.

Case No. 17-44122-MJH

ORDER ON TRUSTEE'S OBJECTION TO EXEMPTIONS

**THIS MATTER** having come on before the above entitled Court pursuant to the Chapter 13 Trustee's Objection to Exemptions and the Court having reviewed the records and files herein and being fully advised, it is hereby

**ORDERED,** that Trustee's Objection to Debtors' exemptions is sustained and the debtors' exemption claimed under 11 U.S.C. §522(d)(11)(D) is hereby held in abeyance until such time as the debtor's personal injury claim is liquidated.

///End of Order///

Presented by:

_/s/ Mathew S. LaCroix_
_____
Mathew S. LaCroix, WSBA #41847 for
Michael G. Malaier, Chapter 13 Trustee

Order on Objection to Exemptions

Michael G. Malaier
Chapter 13 Standing Trustee
1551 Broadway, Suite 600
Tacoma, WA 98402
(253) 572-6600