**Below is the Order of the Court.**

*Mary Jo Heston*
**Mary Jo Heston**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **In re:** | |
| **SHAWN MATTHEW PARKER** | **No. 17-44122-MJH** |
| **SHARLENE ANN PARKER** | |
| | **ORDER APPROVING** |
| **Debtors** | **EMPLOYMENT OF SPECIAL** |
| | **COUNSEL** |

    **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Debtors are authorized to employ the law firm of Keller Bossier & Associates, PLLC as attorneys in the general administration of a claim including but not limited to any claims against any potential lawsuits against manufacturers and distributors of Transvaginal Mesh/Slings/OBTape in this bankruptcy proceeding pursuant to the rates provided in the Application and subject to further notice, hearing and order of the Court.

///end of order///

Presented by:

/s/ Ellen Ann Brown
Ellen Ann Brown WSB 27992
Attorney for Debtor

**BROWN and SEELYE PLLC**
744 South Fawcett Ave.
Tacoma, WA 98402
253-573-1958

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25